UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In Re:                              )
**BETSY D. SMITH**                  )      **Chapter 13 Proceedings**
                                    )      **Case Number:   13-22167 JPK**
                                    )
              **Debtor**            )

## MOTION TO MODIFY PLAN, POST-CONFIRMATION

Comes now Paul R. Chael, Standing Chapter 13 Trustee herein, and moves the Court for an Order modifying Debtor's Chapter 13 Plan, post-confirmation, to increase the Plan payment to $1,830.00 per month and increase the Base amount to $94,835.00, and in support thereof, states as follows:

1. Debtor's Plan was filed on June 19, 2013 and was confirmed on September 3, 2013.

2. Trustee has performed an audit of this case, reviewing the claims provided for in the Plan, the claims filed, the amount of Debtor's current Plan payment and the length remaining on the Plan.

3. Pursuant to Trustee's review and calculations, Trustee determined that an increase in the Plan payment to $1,830.00 per month and increase the Base amount to $94,835.00is necessary due to an increase in the mortgage payment, so the Plan will pay all priority, administrative and secured claims in full, and so the Plan will complete within 60 months of confirmation.

**Wherefore**, Trustee prays that Debtor's Chapter 13 Plan be modified to increase the Plan payment to $1,830.00 per month and increase the Base amount to $94,835.00, and for all other appropriate relief.

/s/Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney No. 3881-45

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2016 service of a true and complete copy of the above and foregoing pleading or paper is being made through the Court's ECF system upon the following:

U.S. Trustee- ustpregion10.soecf@usdoj.gov.com
Kevin Schmidt – schmidtcourtmail@gmail.com
Michael J. Kulak – bankruptcy@unterlaw.com

and upon the following by depositing the same in the United States mail, envelopes properly addressed to each of them and with sufficient first-class postage affixed.

Debtor – Betsy D. Smith, 648 Briarwood Dr., Dyer, IN 46311

/s/ Michelle J. Sersic
Legal Assistant to Paul R. Chael
Chapter 13 Trustee
401 West 84th Drive, Ste. C
Merrillville, IN 46410